■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BUIE,

Appellant.—Motion for summary reversal or for release on bail denied in all respects. Court stenographer Mary Ellen De Louise is directed to transcribe the minutes of appellant's trial and to make a copy thereof available to appellant's counsel on or before December 1, 1977, as indicated in the order of this court. Concur—Kupferman, J. P., Lupiano, Silverman and Markewich, JJ.